**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000145
28-JUN-2024
08:10 AM
Dkt. 12 ODSLJ**

NO. CAAP-24-0000145

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LEROY LEE BOLDEN, Plaintiff-Appellant, v.
STATE OF HAWAIʻI, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-23-0000188)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By:  Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that self-represented Plaintiff-Appellant Leroy Lee Bolden (**Bolden**) filed a notice of appeal on March 8, 2024, in which he seeks relief relating to 1CCV-23-0000188.

It is unclear what Bolden seeks to appeal from, as the notice of appeal does not identify any order or judgment entered in 1CCV-23-0000188, nor does there appear to be any order or judgment entered below from which Bolden could appeal.  The Circuit Court of the First Circuit has not entered a final, appealable order or judgment.  See Hawaii Revised Statutes (**HRS**) § 641-1(a) (2016); Hawaiʻi Rules of Civil Procedure Rules 54(b), 58; Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994).  None of the orders entered in the underlying case are independently appealable.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, June 28, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge